[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-10279
Non-Argument Calendar

_____

D.C. Docket No. 4:18-cr-00022-CDL-MSH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN DUKES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(December 11, 2019)

Before WILLIAM PRYOR, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Jonathan Dodson, appointed counsel for Steven Dukes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dukes's conviction and sentence are **AFFIRMED**.